608

464 A.2d 516

Commonwealth v. Day, Appellant.

Submitted February 17, 1983.   A. Charles Peruto, Jr., for appellant; Gary Marc Mogil, Assistant District Attorney, for Commonwealth, appellee.

Before CIRILLO, JOHNSON and MONTEMURO, JJ.

Judgment of sentence affirmed.

464 A.2d 517

Commonwealth v. Deemer, Appellant.

Petition for Allowance of Appeal
Denied Nov. 15, 1983.

Submitted April 6, 1983.   W. Thomas Anthony, Jr., for appellant; Comunale LaBarre, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and HOFFMAN, JJ.

The judgment of sentence is affirmed.